**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MOH JOHAN JOKO UNTUNG,

Petitioner,

v.

Case No. 2:26-cv-00817-MIS-GBW

TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting Attorney General of the United States; MARY DE ANDA-YBARRA, El Paso Field Office Director, Immigration and Customs Enforcement; and DORA CASTRO, Warden, Otero County Processing Center,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Denying Petition for Writ of Habeas Corpus, entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE